

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00029-CV

## IN RE RICHARD DE LEON, JR., INDIVIDUALLY AND D/B/A SURVEY SOLUTIONS OF TEXAS AND XAVIER CHAPA

### Original Proceeding

**From the County Court at Law
Walker County, Texas
Trial Court Cause No. 13897CV**

## MEMORANDUM OPINION

The Petition for Writ of Mandamus filed on January 23, 2023 by Relators Richard De Leon, Jr., Individually and d/b/a Survey Solutions of Texas and Xavier Chapa is denied.

Relators' Motion for Emergency Temporary Relief from Order filed on January 23, 2023 is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,*
      Justice Johnson, and
      Justice Smith
*Chief Justice Gray dissents
Petition denied; motion dismissed as moot
Opinion issued and filed March 1, 2023
[OT06]

